**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 49 WM 2014
:
Respondent :
:
:
:
v. :
:
:
:
JARRELL RAYMOND SAUNDERS, :
:
Petitioner :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 9th day of September, 2014, the Petition for Leave to File Petition for Allowance of Appeal Nunc Pro Tunc is **GRANTED**. Although counsel was negligent, Petitioner is entitled to a counsel-filed Petition for Allowance of Appeal. <u>See</u> Pa.R.Crim.P. 122. Counsel is directed to file a Petition for Allowance of Appeal within 15 days of this order.

    Mr. Justice Stevens notes his dissent and would direct negligent counsel to file a Petition for Allowance of Appeal within 48 hours of this order.